THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES FLETCHER O'DELL, Defendant-Appellant.

(No. 12515; ⬛⬛⬛⬛⬛⬛)

Fourth District—March 20, 1975.

⬛⬛⬛⬛⬛⬛

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

Opinion by Mr. JUSTICE GREEN.

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

John F. McNichols and Daniel D. Yuhas, both of State Appellate Defender's Office, of Springfield, for the appellant.

Roger W. Thompson, State's Attorney, of Lincoln (Ronald P. Sokol and Michael A. Fleming, Senior Law Students, of counsel), for the People.